■ In the Matter of LIBERATO BERMUDEZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [720 NYS2d 856] —Appeal from a judgment of the Supreme Court (Bradley, J.), entered June 21, 2000 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole which denied petitioner's request for parole release.

Petitioner has reappeared before the Board of Parole since the parole release determination giving rise to this proceeding and his request for parole release has again been denied. Given petitioner's subsequent appearance before the Board, the instant matter is now moot and must be dismissed (see, Matter of Atkins v New York State Bd. of Parole, 273 AD2d 656; Matter of Alicea v New York State Div. of Parole, 265 AD2d 769).

Mercure, J. P., Peters, Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.